IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LOU COVINGTON and HARRY COVINGTON, her husband, <br><br> Plaintiffs <br><br> and <br><br> EMMA JEAN WILLIAMS, JAMES H. WILLIAMS, her husband, JAMIE WILLIAMS, by and through her guardian, JAMES H. WILLIAMS, RICHARD ABRAMS, and SHEILA ABRAMS, his wife, <br><br> Consolidated Plaintiffs, <br> v. <br><br> CONTINENTAL TIRE NORTH AMERICA, INC., <br><br> Defendant. | No. 00cv1258 |

### AFFIDAVIT OF SERVICE

AND NOW, this 30th day of January, 2006, the undersigned hereby states and swears under oath as follows:

I, Mark T. Caloyer, counsel of record on behalf of Defendant, Continental Tire North America, Inc., hereby certify I served a Subpoena to appear for deposition upon Daniel P. Lynch by hand delivery. Service of the Subpoena was accepted by Daniel P. Lynch on January 20, 2006. Attached hereto and marked as Exhibit A is a copy of the Proof of Service.

#936027

Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON


By: /s/ Mark T. Caloyer
    Clem C. Trischler, Esquire
    Pa. I.D. #52957
    Mark T. Caloyer, Esquire
    Pa. I.D. #56358
    The Thirty-Eighth Floor
    One Oxford Centre
    Pittsburgh, PA  15219
    (412) 263-2000

    Attorneys for Defendant, Continental Tire North America, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Affidavit of Service has been served on all counsel listed below via hand delivery, this 30th day of January, 2006:

>Daniel P. Lynch, Esquire
>Lynch Weis, LLC
>101 Smith Drive, Suite 10
>Cranberry Twp., PA  16066
>
>Krysia Kubiak, Esquire
>Lynch Weis, LLC
>101 Smith Drive, Suite 10
>Cranberry Twp., PA  16066

/s/ Mark T. Caloyer

#936027