IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


Mary Lou Covington, et al            )
                    Plaintiff        )
                                     )
vs                                   ) Civil No. 00-1258
                                     )
Continental General Tire, Inc.       )
                    Defendant        )

ORDER OF COURT

AND NOW, to wit, this    25th day of May, 2006, it appearing

to the Court that the above-captioned case has been terminated

with no appeals pending, IT IS HEREBY ORDERED that the pleadings

impounded in the Office of the Clerk of Court be returned to the

closed filing system of the Clerk's Office.

    The pleadings are to remain sealed with a copy of this Order

attached to the envelope and to the file folder.  Anyone desiring

to view the impounded pleadings shall file a request with the

Clerk with notification to all parties.  These pleadings are to

remain sealed for the next 10 years.

        Documents: 230, 231

_____
Arthur J. Schwab
U.S. District Judge